1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT FOR THE

7                          EASTERN DISTRICT OF CALIFORNIA

8

9   JESUS AMBRIZ,                    )        No. CR-F-00-5085 REC
                                     )        (No. CV-F-08-142 AWI)
10                                   )
                                     )        ORDER TRANSFERRING ACTION
11             Petitioner,           )        FROM DOCKET OF JUDGE ISHII
                                     )        TO DOCKET OF JUDGE WANGER;
12        vs.                        )        JUDGE WANGER'S ACCEPTANCE OF
                                     )        TRANSFER OF ACTION; CHIEF
13                                   )        JUDGE GARLAND BURRELL'S
    UNITED STATES OF AMERICA,        )        APPROVAL OF TRANSFER OF
14                                   )        ACTION
                                     )
15             Respondent.           )
                                     )
16 _____)

17

18        Pursuant to Appendix A to the Local Rules of the Eastern

19   District of California, this action is transferred from the

20   docket of Judge Anthony Ishii to the docket of Judge Oliver

21   Wanger for all further proceedings, including resolution of

22   matters under submission.

23        IT IS SO ORDERED.

24   ///

25   ///

26   ///

                                     1

1    Dated:  March 21, 2008

2

3                                        /S/ Anthony W. Ishii
                                     UNITED STATES DISTRICT JUDGE
4
          The transfer of this action from the docket of Judge Ishii
5
     to the docket of Judge Wanger is accepted.
6
          Dated:  March 21, 2008
7

8
                                        /s/ Oliver W. Wanger
9                                    UNITED STATES DISTRICT JUDGE

10        The transfer of this action from the docket of Judge Ishii

11   to the docket of Judge Wanger is approved.

12        Dated: March 21, 2008

13

14
                                        /s/ Garland E. Burrell
15                              CHIEF UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26