IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS AMBRIZ,<br><br>             Petitioner,<br><br>       vs.<br><br>UNITED STATES OF AMERICA,<br><br>             Respondent. | No. CV-F-08-142 OWW<br>(No. CR-F-00-5085 OWW)<br><br>ORDER GRANTING PETITIONER'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Petitioner Jesus Ambriz's application to proceed *in forma pauperis* from the denial of his motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is GRANTED to the extent further appellate review may be made available to Petitioner by the Ninth Circuit Court of Appeal.

IT IS SO ORDERED.

Dated:   June 23, 2008                    /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE

1