IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESUS AMBRIZ,**<br><br>        **Petitioner,**<br><br>    **vs.**<br><br>**UNITED STATES OF AMERICA,**<br><br>        **Respondent.** | No. CV-F-08-142 OWW<br>(No. CR-F-00-5058 OWW)<br><br>ORDER DENYING PETITIONER'S MOTION PURSUANT TO RULE 60(b)(6), FEDERAL RULES OF CIVIL PROCEDURE, TO VACATE JUDGMENT DENYING SECTION 2255 MOTION (Doc. 126) |

**Petitioner's motion to vacate the Judgment entered on March 25, 2008 denying his motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is DENIED. Petitioner's Rule 60(b) motion merely raises claims and arguments already considered by the Court in denying his Section 2255 motion.**

IT IS SO ORDERED.

**Dated:   June 23, 2008**                         /s/ Oliver W. Wanger
                                                              UNITED STATES DISTRICT JUDGE